UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBRA PITT,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS BANK, N.A.,<br><br>Defendant. | CIVIL ACTION NO. 1:17-cv-08198-RMB-KMW<br><br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Debra Pitt and Defendant Citizens Bank, N.A., by and through their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of this civil action with prejudice and with each party to bear its own costs and attorneys' fees.

Respectfully submitted on May 1st, 2019,

| | |
|---|---|
| **BELL & BELL, LLP** | **REED SMITH LLP** |
| Christopher Macey, Esq.<br>1617 John F Kennedy Blvd #1254<br>Philadelphia, PA 19103<br>T: (215) 569-2500<br>F: (215) 569-2220<br>E: christophermacey@bellandbelllaw.com<br>*Attorneys for Plaintiff* | John McDonald, Esq.<br>136 Main Street<br>Princeton, New Jersey<br>T: (609) 987-0050<br>F: (609) 951-0284<br>E: jmcdonald@reedsmith.com<br>*Attorneys for Defendant* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBRA PITT,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS BANK, N.A.,<br><br>Defendant. | CIVIL ACTION NO. 1:17-cv-08198-RMB-KMW<br><br><br>**ORDER** |

AND NOW, on this _____ day of _____, 2019, upon review of the parties' Stipulation for Dismissal With Prejudice, IT IS HEREBY ORDERED that the above-referenced civil action is DISMISSED WITH PREJUDICE. Each party will bear its own attorneys' fees and costs. The court shall retain jurisdiction of this action only to the extent necessary to enforce any settlement agreement of the parties.

BY THE COURT:

_____
HON. RENEE MARIE BUMB
UNITED STATES DISTRICT JUDGE